CHRISTOPHER J. CHRISTIE
UNITED STATES ATTORNEY
JOHN G. SILBERMANN, JR.
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, New Jersey 07102
(973)353-6094

May 1, 2008

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | HON. WILLIAM J. MARTINI |
| PLAINTIFF, | : | CRIMINAL NO. 05-087-02 |
| v. | : | |
| ROBERT MONTANI, | : | ORDER |
| DEFENDANT, | | |
| and | : | |
| BANK OF AMERICA, NA, and its successors or assigns, | : | |
| GARNISHEE. | : | |

This matter having been opened to the Court by the U.S. Attorney for the District of New Jersey, on behalf of plaintiff United States of America, and for good cause shown,

It is on this 5th day of May, 2008

ORDERED that the Application and Order for Writ of Garnishment in this matter is hereby WITHDRAWN.

By: /s/ William J. Martini
HONORABLE WILLIAM J. MARTINI
JUDGE, U.S. DISTRICT COURT